1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ROBERTO RAFAEL SANDOVAL,               CV F   06-1553 OWW DLB HC

10                 Petitioner,            ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATION, AND DECLINING TO
11       v.                               ISSUE CERTIFICATE OF APPEALABILITY

12                                        [Doc. 11]
   DIRECTOR, CALIFORNIA DEPT. OF
13 CORRECTIONS,

14                 Respondent.
15 _____/

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17 pursuant to 28 U.S.C. § 2254.

18        On December 10, 2007, the Magistrate Judge issued Findings and Recommendation that

19 the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was

20 served on all parties and contained notice that any objections were to be filed within thirty (30)

21 days of the date of service of the order.

22        On December 27, 2007, Petitioner filed timely objections to the Findings and

23 Recommendation.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

25 a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

26 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

27 supported by the record and proper analysis.  Petitioner's objections present no grounds for

28 questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation issued December 10, 2007, is ADOPTED IN FULL;

2.   The Petition for Writ of Habeas Corpus is DENIED;

3.   The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent; and,

4.   The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," i.e., when "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong"; Hoffman v. Arave, 455 F.3d 926, 943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable jurists would not find it debatable that the state courts' decision denying Petitioner's petition for writ of habeas corpus were not "objectively unreasonable."

IT IS SO ORDERED.

**Dated:    January 10, 2008            /s/ Oliver W. Wanger       **
                                   UNITED STATES DISTRICT JUDGE